Argued and submitted March 25, reversed and remanded April 30, 2014

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## JAMES ALLEN JARVIS,
*Defendant-Appellant.*

Marion County Circuit Court
11C44863; A151429

325 P3d 812

Emily P. Seltzer, Deputy Public Defender, argued the cause for appellant. With her on the brief was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Leigh A. Salmon, Assistant Attorney General, argued the cause for respondent. With her on the brief were Ellen F. Rosenblum, Attorney General, and Anna M. Joyce, Solicitor General.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM